Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>WILLIAM SUMMERS,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CR12-00057RAJ<br><br>ORDER GRANTING MOTION<br>TO MODIFY CONDITION<br>OF SUPERVISED RELEASE |

THE COURT has considered the unopposed motion of the defendant to modify the condition of his supervised release, Docket No. 23, the records and files therein, and finding good cause, and it is hereby

ORDERED that the conditions of supervised release shall be modified to reflect that Mr. Summers will not be required to submit 25% of his gross income to the Residential Reentry Center. All other conditions of his supervised release shall remain in place.

DATED this 28th day of July, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO MODIFY
CONDITION OF SUPERVISED RELEASE  - 1
*USA v. William Summers* / CR12-00057RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**